ISABELLE R. MERRELL, Respondent, *v.* JAMES E. MERRELL, Appellant.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 24th day of March, 1915, granting a motion for the payment of alimony and counsel fee.

PER CURIAM: There is no fact alleged which in the slightest degree tends to show that the defendant has been guilty of the offense charged, or that the plaintiff can succeed on the trial. The order appealed from is, therefore, reversed, and the motion denied. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ. Order reversed and motion denied.